# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 418 WAL 2014
:
                Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JOSHUA THOMAS WRIGHT, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.